The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 08, 2009, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: October 08, 2009**

**Arthur I. Harris
United States Bankruptcy Judge**

___

BK0903836
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-16394 |
| Kimberly Susan Harris | Chapter 7 |
| Debtor | Judge Harris |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (232 SOUTH POINT DRIVE, AVON LAKE, OH 44012)** |

  This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A..

  Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the

1

Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 232 South Point Drive, Avon Lake, OH 44012.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Michael R Proctor, Case Attorney
Ohio Supreme Court #0076240
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3224
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Kimberly Susan Harris - Debtor
232 South Point Drive
Avon Lake, OH 44012
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Mark H. Knevel, Esq. - Attorney for Debtors
National City Bank Bldg - Suite 519
629 Euclid Avenue
Cleveland, OH 44114
mknevel@knevel.com
VIA ELECTRONIC SERVICE

Lorain County Treasurer- Creditor
226 Middle Avenue
Elyria, OH 44035
ORDINARY U.S. MAIL, POSTAGE PRE-PAID



Michael R Proctor, Esq.
Ohio Supreme Court #0076240
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE